ANNA V. KING, Individually and as Administratrix of the Estate of JAMES A. KING, Deceased, Appellant, v. SPERRY GYROSCOPE COMPANY, INC., Defendant, and TRAVELERS INSURANCE COMPANY, Respondent.— In an action to recover a sum of money, either on the theory that the life of plaintiff's intestate was insured under a policy of group insurance or that it would have been insured except for the acts of defendants, order granting respondent's motion, under rule 106 of the Rules of. Civil Practice, to dismiss the third amended complaint, modified on the law and the facts by striking therefrom the words, " confined to an action on the policy ". As thus modified, the order is affirmed, without costs. Appellant's time to serve a further complaint is extended until twenty days after the entry of the order hereon. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Nolan, JJ., concur.

WILLIE J. LEWIS, Appellant, v. CITY OF NEW YORK, Respondent.— Action to recover damages for personal injuries. Order modified on the facts by striking from the ordering paragraph the figures " $1000 " and by inserting in place thereof the figures " $1500." As thus modified, the order is unanimously affirmed, with costs to appellant, and the time within which she may file a stipulation agreeing to the change in the verdict is extended until ten days after the entry of the order hereon. In our opinion the award of $1,000 was inadequate. Present — Lewis, P. J., Carswell, Johnston, Adel and Nolan, JJ.

MORRIS LIPSKY, Respondent, v. HARRY GUTKIN, Appellant.— Action to recover damages for injuries to a building and its contents, by fire, alleged to have been caused by defendant's negligence in setting a fire on adjoining land. Judgment, entered on the verdict of a jury in favor of plaintiff, and order denying defendant's motion to set aside the verdict and for a new trial, unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Hagarty, Carswell, Adel and Nolan, JJ.

HELEN MELVIN, Respondent, v. PHILIP MELVIN, Appellant. (Appeal No. 1.) — Appeal by defendant from order denying his motion to dismiss amended complaint pursuant to rule 106 of the Rules of Civil Practice or, in the alternative, to strike out paragraph 5 thereof pursuant to rule 103 of said rules. Order affirmed, with $20 costs and disbursements, with leave to defendant to answer within ten days from the entry of the order hereon. No opinion. Lewis, P. J., Hagarty, Carswell, Johnston and Nolan, JJ., concur.

HELEN MELVIN, Respondent, v. PHILIP MELVIN, Appellant. (Appeal No. 2.) — Appeal from order granting plaintiff's motion for alimony *pendente lite* and referring to an official referee the determination of the amount thereof. Appeal dismissed, with $10 costs and disbursements. Although on the merits the order would have to be affirmed under the decision in *Melvin* v. *Melvin* (*ante*, p. 821, decided herewith) the order is not appealable. (*Drivas* v. *Lekas*, 265 App. Div. 818; *Haubrich* v. *Haubrich*, 267 App. Div. 872.) Lewis, P. J., Hagarty, Carswell, Johnston and Nolan, JJ., concur.

RALPH MERCALDI, Respondent, v. ERNEST C. HAHNE et al., Appellants.— In an action to recover broker's commissions in the sale of real property owned by defendants, judgment was entered in favor of plaintiff. Judgment of the County Court, Westchester County, unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Adel and Nolan, JJ.